# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

**FILED**

OCT 12 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

Jennifer Richey
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

American Building Maintenance et al.,
Superintendent mid-del Public Schools
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CIV-23-915-R
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jennifer Richey
   Street Address: P.O Box 11501
   City and County: Oklahoma, Okla
   State and Zip Code: Okla 73136
   Telephone Number: (405) 833-7499
   E-mail Address: Supremelad.8@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: American Building Maintenance et al.
- Job or Title (if known): ABM Building Value
- Street Address: One Liberty Plaza 7th floor
- City and County: New York, NY
- State and Zip Code: New York, One Liberty Plaza FL new york, NY 10006
- Telephone Number: 212-297-0200
- E-mail Address (if known): n/a

U.S

Defendant No. 2
- Name: Superintendent Mid-del Public Schools
- Job or Title (if known): Superintendent Administrator Building
- Street Address: 7217 S.E. 15th
- City and County: Midwest, Oklahoma
- State and Zip Code: Oklahoma City 73110
- Telephone Number: (405) 737-4461
- E-mail Address (if known): n/a

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII the Civil Rights Act of 1964, the American with Disabilities Act (ADA the Genetic Information Non Discrimination Act (Gina)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jennifer Richey, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.      If the defendant is a corporation

The defendant, *(name)* American Building Maintenance et al is incorporated under the laws of the State of *(name)* New York, One liberty Plaza, and has its principal place of business in the State of *(name)* New York, NY 7th floor United States

Or is incorporated under the laws of *(foreign nation)* NO ,

and has its principal place of business in *(name)* One liberty Plaza 7th floor New York, NY 10006, U.S

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: Max I'm having to relive this experience/ incident on a daily news. It constantly replays in my mind. I will like to know why was I punished for obtaining employment.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I actually sent a copy explaining what lead up to my Employment Discrimination.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Due to I have had to attend therapy sessions and I have develop anxiety and high blood pressure and I have a fear to go out in the world to obtain any employment due to my horrible encounter that I've experience while employed with American Building Maintenance and the Superintendent mid-del Public Schools.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/2023

Signature of Plaintiff

Printed Name of Plaintiff: Jennifer Richey

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Pro Se 1 (Rev. 12/16 Complaint for a Civil Case

Continue b.

If the defendant is a Corporation
The defendant (name) <u>Superintendent Mid-del public Schools</u>
the laws of the state of <u>Midwest Oklahoma City</u>

Principal place of business in the state of (name) <u>Midwest city, Oklahoma</u>

Or is incorporated under the laws of (foreign nation) <u>NO</u>

and has it's principal place of business in (name) <u>Oklahoma City, Okla</u>

To: Whom it may concern;

I Jennifer Richey was told by Kasey Reed Executive Secretary - Human Resources of Superintendent of Mid-del Public School share with me that 7217 S.E. 15th Street Midwest City, OK 73110 is the correct address for all correspondence that states on the letter head of the document that was given to me by Kasey Reed on 05/22/23. I provided a copy of the letter that Kasey Reed provided to me.

Thank you.



Mrs. Ginger York

Dr. Rick Cobb
Superintendent

7217 S.E. 15th Street
Midwest City, OK 73110
(405) 737-4461

Mailing Address:
P.O. Box 10630
Midwest City, OK 73140
Fax: (405) 739-1754

**Pamela Huston**
**Chief Human**
**Resources Officer**

May 22, 2023

To Whom It May Concern,

Any correspondence, during the summer months of June and July, for staff members of Mid-Del Public Schools, should be brought to the Administration Building located at:

7217 SE 15th Street
Midwest City, OK  73110

Sincerely,

*Kasey Reed*

Kasey Reed
Executive Secretary - Human Resources

*Mission Statement*
When the young people of Mid-Del enter our schools, they will be **safe**.
When they enter our classrooms, they will be **challenged**.
When they leave our schools, they will be **ready**.